1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

BRIDGIT BERTHOUD PROKIS,

10

Plaintiff,

11

v.

12

13  UNITED STATES OF AMERICA; BEEHIVE
    TRUCKING CO. LLC, a foreign company;
14  US FREIGHT DELIVERY, LLC, a foreign
    company; RAUAN DUISEBAYEV and JANE
15  DOE DUISEBAYEV, individually and the
    marital community composed thereof,
16

Defendants.

17

Case No. 2:24-cv-00617-JHC

ORDER GRANTING
EXTENSION OF TIME

Noted for Consideration:
June 26, 2024

18

19      This matter came before the above-entitled Court upon the Stipulation for

20  Extension of Time.  Dkt. # 7.  The Court GRANTS the stipulated motion.

21  The pretrial deadlines at issue are continued as below:

22

| Description | Former Date | New Date |
|---|---|---|
| Deadline for FRCP 26(f) Conference: | 6/27/2024 | 7/29/2024 |
| Initial Disclosures1 Pursuant to FRCP 26(a)(1): | 7/11/2024 | 8/12/2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 7/18/2024 | 8/19/2024 |

23
24
25
26

DATED this 26th day of June, 2024.

John H. Chun
United States District Judge