UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIDGIT BERTHOUD PROKIS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; BEEHIVE TRUCKING CO. LLC, a foreign company; US FREIGHT DELIVERY, LLC, a foreign company; RAUAN DUISEBAYEV and JANE DOE DUISEBAYEV, individually and the marital community composed thereof,<br><br>Defendants. | CASE NO. 2:24-cv-00617-JHC<br><br>ORDER |

Before the Court is the parties' Stipulated Motion to Continue Trial Date. Dkt. # 15. After considering the motion, the file, and the Court's calendar, the Court sets February 9, 2026, as the new trial date in this matter. The Court DIRECTS the Clerk to issue a new case scheduling order.

/

/

/

/

ORDER - 1

Dated this 23rd day of January, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2