UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIGIT BERTHOUD PROKIS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; BEEHIVE TRUCKING CO. LLC, a foreign company; US FREIGHT DELIVERY, LLC, a foreign company; RAUAN DUISEBAYEV and JANE DOE DUISEBAYEV, individually and the marital community composed thereof,<br><br>Defendants. | Case No. 2:24-cv-00617-JHC<br><br>**ORDER GRANTING DEFENDANT UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO DEPOSE INCARCERATED PERSON** |

The Court, having reviewed the pleadings and materials in this case, it is hereby **ORDERED** that:

Defendant United States' Unopposed Motion for Leave to Depose Incarcerated Person is **GRANTED.**

Dated this 5th day of March, 2025.

JOHN H. CHUN
United States District Judge