UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIGIT BERTHOUD PROKIS,<br><br>                Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA; BEEHIVE TRUCKING CO. LLC, a foreign company; US FREIGHT DELIVERY, LLC, a foreign company; RAUAN DUISEBAYEV and JANE DOE DUISEBAYEV, individually and the marital community composed thereof,<br><br>                Defendants. | Case No. 2:24-cv-00617-JHC<br><br>STIPULATED MOTION AND ORDER FOR<br>EXTENSION OF EXPERT DISCLOSURE DEADLINES |

The parties hereby jointly STIPULATE AND AGREE to extend the expert disclosure deadlines set forth in the Court's January 23, 2025, Order Setting Trial Date and Related Dates (Dkt. 17), and the Federal Rules of Civil Procedures, as set forth below.

| Deadline | Current Deadline | Proposed New Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | July 14, 2025 | July 28, 2025 |

STIPULATED MOTION AND ORDER FOR
EXTENSION OF EXPERT DISCLOSURE DEADLINES
[Case No. 2:24-cv-00617-JHC] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

| Disclosure of rebuttal expert testimony | August 13, 2025[1] | August 27, 2025 |

No modification to the trial date or any other pre-trial deadlines is requested.

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). The parties submit that good cause exists for extending these expert disclosure deadlines. The parties have been working diligently to complete discovery in this case, but due to scheduling and availability constraints, depositions of fact witnesses are still ongoing. For instance, Defendant United States subpoenaed Jason Travis, the driver of the vehicle in which Plaintiff was traveling at the time of the accident, to provide deposition testimony on June 18, 2025, but two days before his deposition, Mr. Travis notified Defendant that he would be unable to attend his deposition due to unforeseen personal circumstances. Because the parties' experts need time to review fact witnesses' deposition testimony and incorporate it into their analyses, it will be more efficient for expert witnesses to have access to this testimony before the disclosure deadline to avoid duplicative efforts based on new information. A short, two-week extension of the expert disclosure deadlines will allow the parties' experts to account for Mr. Travis's testimony in their reports in the first instance without disturbing the trial date or any other deadlines in the case schedule.

For the reasons set forth above, the parties believe that there is good cause to request an extension of the above-listed dates and respectfully request that the Court grant their motion.

//

//

---

[1] The Court's scheduling order does not specify a deadline for rebuttal expert testimony, so the current deadline is calculated pursuant to Fed. R. Civ. P. 26(a)(2)(D)(ii).

STIPULATED MOTION AND ORDER FOR
EXTENSION OF EXPERT DISCLOSURE DEADLINES
[Case No. 2:24-cv-00617-JHC] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

DATED this 1st day of July, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

s/ Sean M. Arenson
SEAN M. ARENSON, WSBA No. 60456

s/ Alixandria K. Morris
ALIXANDRIA K. MORRIS, TX No. 24095373
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone : 206-553-7970
Fax :    206-553-4073
Email : sean.arenson@usdoj.gov
Email : alixandria.morris@usdoj.gov

*Attorneys for United States of America*

I certify that this memorandum contains 359 words, in compliance with the Local Civil Rules.

COLBURN LAW

s/ Greg Colburn
Greg Colburn, WSBA No. 41236
David Kell, WSBA No. 38969
22500 SE 64th Place, Suite 200
Issaquah, WA  98027
Phone:  206-919-3215
Email:  greg@colburnlaw.com
Email:  david@colburnlaw.com

*Attorneys for Plaintiff*

STIPULATED MOTION AND ORDER FOR
EXTENSION OF EXPERT DISCLOSURE DEADLINES
[Case No. 2:24-cv-00617-JHC] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

WIEBURG LAW OFFICES, PLLC

_[signature]_

Brett M. Wieburg, WSBA No. 22353
3020 Issaquah Pine Lake Rd. SE #390
Sammamish, Washington 98075
Phone: 425-427-5925
Email: brett.wieburg@wieburglaw.com

*Attorney for Defendants Beehive Trucking Co., LLC, US Freight Delivery, LLC, and Rauan and Jane Doe Duisebayev*

STIPULATED MOTION AND ORDER FOR
EXTENSION OF EXPERT DISCLOSURE DEADLINES
[Case No. 2:24-cv-00617-JHC] - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. The new deadlines are as follows:

| | **Deadline** |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | July 28, 2025 |
| Disclosure of rebuttal expert testimony | August 27, 2025 |

DATED this 1st day of July, 2025.

JOHN H. CHUN
United States District Judge

STIPULATED MOTION AND ORDER FOR
EXTENSION OF EXPERT DISCLOSURE DEADLINES
[Case No. 2:24-cv-00617-JHC] - 5

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970