1
2
3
4
5
6

7    UNITED STATES DISTRICT COURT FOR THE
     WESTERN DISTRICT OF WASHINGTON
8                AT SEATTLE

9
10  | BRIGIT BERTHOUD PROKIS, | CASE NO. 2:24-cv-00617-JHC |
    | Plaintiff, | PARTIES' JOINT MOTION AND ORDER FOR EXTENSION OF TRIAL AND PRETRIAL DEADLINES |
11
12   v.

13   UNITED STATES OF AMERICA; BEEHIVE TRUCKING CO. LLC, a foreign company; US FREIGHT DELIVERY, LLC, a foreign company; RAUAN DUISEBAYEV and JANE DOE DUISEBAYEV, individually and the marital community composed thereof,
14
15
16                 Defendants.

17

18                **JOINT STIPULATION**

19   The parties hereby jointly STIPULATE AND AGREE to extend the following deadlines,
20   which were set in the Court's January 23, 2025, Order Setting Trial Date and Related Dates (Dkt.
21   17), including the expert disclosure extensions the Court granted in its Order for Extension of
22   Expert Disclosure Deadlines on July 1, 2025 (Dkt. 22), in accordance with the Federal Rules of
23   Civil Procedures, as set forth below:
24

| Deadline | Current Deadline | **Proposed New Deadline** |
|---|---|---|
| BENCH TRIAL | February 9, 2026 | TBD [A date convenient for the Court on or after July 13, 2026] |
| Disclosure of expert testimony under FRCP 26(a)(2) | July 28, 2025 | N/A |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | August 27, 2025 | September 26, 2025 |
| All motions related to discovery must be filed by | August 13, 2025 | January 16, 2026 |
| Discovery completed by | September 12, 2025 | February 16, 2026 |
| All dispositive motions and motions challenging expert witnesses must be filed by (*see* LCR 7(d)) | October 14, 2025 | March 16, 2026 |
| Settlement conference held no later than | December 11, 2025 | May 11, 2026 |
| All motions in limine must be filed by | December 29, 2025 | May 29, 2026 |
| Agreed pretrial order due | January 20, 2026 | June 22, 2026 |
| Deposition designations must be submitted to the court by | January 21, 2026 | June 23, 2026 |
| Pretrial conference to be held on | January 26, 2026 at 03:00 PM | TBD |
| Trial briefs, proposed findings of fact and conclusions of law due by | February 2, 2026 | July 7, 2026 |

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). Good cause exists to continue the trial and pretrial deadlines as set out above.

The parties have acted diligently and cooperatively in pursuing discovery, but additional time is necessary to complete it despite these efforts. To date, the parties have exchanged multiple

sets of written discovery and substantial document productions, and have coordinated and taken several fact depositions. Expert discovery is extensive: Plaintiffs have disclosed eight expert witnesses; Defendant United States has disclosed three; and Defendant Beehive/US Freight has disclosed one—for a total of twelve experts. All parties intend to disclose rebuttal experts. Even with diligence, coordinating, and completing depositions for this number of expert and rebuttal witnesses will require more time than the current schedule permits. Several fact witness depositions also remain to be scheduled, and the parties are actively working to set those dates. In addition, the parties are coordinating Rule 35 examinations of Plaintiff, who resides in Southern California and has limited ability to travel, requiring additional logistical planning. The parties have also scheduled mediation for October 14, 2025, and have jointly selected a mediator, with the potential to resolve the matter. Finally, one of the United States' counsel commenced parental leave on July 28, 2025, and will be on leave through mid-September, with an additional leave period from mid-November through early January, further constraining availability. In light of the substantial and ongoing discovery efforts, the complexity and volume of expert testimony, logistical challenges, and counsel availability, good cause exists to extend the current deadlines.

For the reasons set forth above, the parties believe there is good cause to request the extensions as outlined above and respectfully request that the Court grant their motion.

**SO STIPULATED.**

DATED this 12th day of August, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Alixandria K. Morris*
ALIXANDRIA K. MORRIS, TX No. 24095373

*s/ Sean M. Arenson*
SEAN M. ARENSON, WSBA No. 60465
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax: 206-553-4067
Email:  sean.arenson@usdoj.gov
         alixandria.morris@usdoj.gov

*Attorneys for United States of America*

I certify that this memorandum contains 563 words, in compliance with Local Civil Rules.

COLBURN LAW

*s/ Greg Colburn*
Greg Colburn, WSBA No. 41236
David Kell, WSBA No. 38969
22500 SE 64th Place, Suite 200
Issaquah, WA  98027
Phone:  206-919-3215
Email:  greg@colburnlaw.com
Email:  david@colburnlaw.com

*Attorneys for Plaintiff*

WIEBURG LAW OFFICES, PLLC

*s/ Brett M. Wieburg*
Brett M. Wieburg, WSBA No. 22353
3020 Issaquah Pine Lake Rd. SE #390
Sammamish, Washington 98075
Phone: 425-427-5925
Email:  brett.wieburg@wieburglaw.com

*Attorney for Defendants Beehive Trucking Co., LLC, US Freight Delivery, LLC, and Rauan and Jane Doe Duisebayev*

**ORDER**

The Court GRANTS the motion in large part and CONTINUES trial to July 13, 2026. The Court DIRECTS the Clerk to issue a new case scheduling order that includes pretrial deadlines that have not yet passed.

DATED this 12th day of August, 2025.

JOHN H. CHUN
United States District Judge