UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIGIT BERTHOUD PROKIS,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; BEEHIVE TRUCKING CO. LLC, a foreign company; US FREIGHT DELIVERY, LLC, a foreign company; RAUAN DUISEBAYEV and JANE DOE DUISEBAYEV, individually and the marital community composed thereof,<br><br>                Defendants. | CASE NO. 2:24-cv-00617-JHC<br><br>ORDER GRANTING MOTION FOR A STAY IN LIGHT OF LAPSE OF APPROPRIATIONS |

The United States has filed a Motion to Stay in Light of Lapse of Appropriations, in which the government seeks to stay the proceedings in this case duration of the current lapse of appropriations. Dkt. # 28. Such a stay is within the Court's discretion. According to Defendants, many attorneys and other staff important to working on this case will be unavailable during the court of the lapse of appropriations and the United States is unable to pay for critical services necessary to participate in discovery or investigate claims. For these reasons, the Court

finds good cause to stay Defendants' response to Plaintiff's motion for partial summary judgment.

Accordingly, it is hereby ORDERED that the Defendants' response to Plaintiff's Motion for Partial Summary judgment is due 20 days after the lapse of appropriations has ended, and Plaintiff's reply shall be due seven days following Defendants' response.  It is further ORDERED that the parties confer within ten court days after the restoration of funding to determine whether any party believes an extension of the case deadlines is required.  Should the parties agree an extension is needed, they must submit a proposed order extending deadlines for the Court's consideration.  If the parties disagree, they should submit a joint status report in which each party sets forth their position.  If the parties agree no extension of the case deadlines is needed, the case deadlines will remain the same and the parties will not need to take any additional action with respect to this order.

DATED this 14th day of October, 2025.

_____
JOHN H. CHUN
United States District Judge