1

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT FOR THE
                        WESTERN DISTRICT OF WASHINGTON
8                                    AT SEATTLE

9
BRIGIT BERTHOUD PROKIS,                      CASE NO.  2:24-cv-00617-JHC
10
                           Plaintiff,        PARTIES' JOINT STATUS REPORT AND
11                                           JOINT MOTION & ORDER FOR
         v.                                  EXTENSION OF TRIAL AND PRETRIAL
12                                           DEADLINES
UNITED STATES OF AMERICA; BEEHIVE
13  TRUCKING CO. LLC, a foreign company; US
FREIGHT DELIVERY, LLC, a foreign
14  company; RAUAN DUISEBAYEV and JANE
DOE DUISEBAYEV, individually and the
15  marital community composed thereof,

16                         Defendants.

17

18                         **JOINT STATUS REPORT**

19          Pursuant to this Court's Order granting Defendant United States' Unopposed Motion to

20  Stay in Light of the Lapse of Appropriations (Dkt. 29), the parties submit this Joint Status Report.

21  The Court's Order (Dkt. 29) directs the parties to advise whether they believe an extension of the

22  current case schedule is necessary. All parties agree that an extension is warranted and have

23  conferred to develop a mutually acceptable revised schedule, as set forth below.

24          //

PARTIES' JOINT STATUS REPORT AND JOINT MOTION &
ORDER FOR EXTENSION OF TRIAL AND PRETRIAL
DEADLINES
[Case No. 2:24-cv-00617-JHC] - 1

1    The parties therefore jointly STIPULATE and AGREE to extend the deadlines established

2    in the Court's August 22, 2025, Amended Minute Order Setting Trial Date and Related Dates (Dkt.

3    25) ("the Order").

4    Under Federal Rule of Civil Procedure 16(b)(4), "[a case] schedule may be modified only

5    for good cause and with the judge's consent." See also LCR 16(b)(6) (same). The decision to

6    modify a scheduling order lies within the broad discretion of the district court. Johnson v.

7    Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992).

8    Good cause exists to amend the deadlines in the Order due to the 43-day federal lapse in

9    appropriations and for the reasons previously set forth in the Government's Motion to Stay (Dkt.

10   23). The lapse in appropriations required the parties to cancel the mediation previously scheduled

11   for October. The parties have been diligently coordinating with the agreed-upon mediator to

12   reschedule and, based on the mediator's limited availability, anticipate a new mediation date no

13   earlier than **February 3, 2026**.

14   The parties further seek to avoid duplicative work and to ensure sufficient time to complete

15   remaining discovery, including depositions and necessary IMEs. Additionally, one of the United

16   States' counsel is currently on parental leave, with an anticipated return date of January 21, 2025,

17   further supporting the need for the requested extensions.

18   Accordingly, the parties jointly and respectfully request that the Court extend the deadlines

19   in the Order as set forth below. The proposed schedule provides for deadlines approximately two

20   months after the new mediation date, allowing the parties a meaningful opportunity to mediate this

21   matter with the hope of avoiding further litigation and achieving a mutually agreeable settlement.

22   //

23   //

24   //

| Case Event | Current Deadline (ECF No. 25) | Proposed Deadline |
|---|---|---|
| **BENCH TRIAL** | July 13, 2026 1:30 p.m. - Seattle | TBD [A date convenient for the Court on or after November 2, 2026] |
| Disclosure of expert testimony under FRCP 26(a)(2) | December 15, 2025 | April 6, 2026 |
| All motions related to discovery must be filed by (see LCR 7(d)) | January 14, 2026 | May 6, 2026 |
| Discovery completed by | February 13, 2026 | June 5, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | March 16, 2026 | July 6, 2026 |
| Settlement conference held no later than (See LCR 39.1(b)(5) if parties are interested in pro bono mediation) | May 14, 2026 | September 3, 2026 |
| All motions in limine must be filed by | June 1, 2026 | September 21, 2026 |
| Agreed pretrial order due | June 22, 2026 | October 13, 2026 |
| Deposition Designations must be submitted to the court (not filed on CM/ECF) by: (see LCR 32(e)) | June 24, 2026 | October 14, 2026 |
| **Pretrial conference to be held at 01:30 pm on** | June 29, 2026 | TBD |
| Trial briefs, proposed findings of fact and conclusions of law by | July 6, 2026 | October 26, 2026 |

For the foregoing reasons, the parties respectfully request that the Court amend the case schedule as proposed in this motion.

PARTIES' JOINT STATUS REPORT AND JOINT MOTION &
ORDER FOR EXTENSION OF TRIAL AND PRETRIAL
DEADLINES
[Case No. 2:24-cv-00617-JHC] - 3

1  A proposed order accompanies this stipulation.

2

3  DATED this 26th day of November, 2025.

4                                  Respectfully submitted,

5                                  CHARLES NEIL FLOYD
                                   United States Attorney

6                                  *s/ Alixandria K. Morris*
7                                  ALIXANDRIA K. MORRIS, TX No. 24095373

8                                  *s/ Sean M. Arenson*
                                   SEAN M. ARENSON, WSBA No. 60465
9                                  Assistant United States Attorneys
                                   United States Attorney's Office
10                                 Western District of Washington
                                   700 Stewart Street, Suite 5220
11                                 Seattle, Washington 98101
                                   Phone: 206-553-7970
12                                 sFax:   206-553-4067
                                   Email: sean.arenson@usdoj.gov
13                                 Email: alixandria.morris@usdoj.gov

14                                 *Attorneys for United States of America*

15                                 I certify that this memorandum contains 570 words,
                                   in compliance with the Local Civil Rules.
16

17                                 COLBURN LAW

18

19                                 *s/ Greg Colburn*
                                   Greg Colburn, WSBA No. 41236
20                                 David Kell, WSBA No. 38969
                                   22500 SE 64th Place, Suite 200
21                                 Issaquah, WA  98027
                                   Phone:  206-919-3215
22                                 Email:  greg@colburnlaw.com
                                   Email:  david@colburnlaw.com
23
                                   *Attorneys for Plaintiff*
24

PARTIES' JOINT STATUS REPORT AND JOINT MOTION &
ORDER FOR EXTENSION OF TRIAL AND PRETRIAL
DEADLINES
[Case No. 2:24-cv-00617-JHC] - 4

1

WIEBURG LAW OFFICES, PLLC

2

*s/ Brett M. Wieburg*

3

Brett M. Wieburg, WSBA No. 22353
3020 Issaquah Pine Lake Rd. SE #390

4

Sammamish, Washington 98075
Phone: 425-427-5925

5

Email:  brett.wieburg@wieburglaw.com

6

*Attorney for Defendants Beehive Trucking Co., LLC,*
*US Freight Delivery, LLC, and Rauan and Jane Doe*

7

*Duisebayev*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

PARTIES' JOINT STATUS REPORT AND JOINT MOTION &
ORDER FOR EXTENSION OF TRIAL AND PRETRIAL
DEADLINES
[Case No. 2:24-cv-00617-JHC] - 5

1

**ORDER**

2          Based on the foregoing stipulation, the Court sets trial for November 2, 2026.  The Court

3    DIRECTS the Clerk to file a case scheduling order that sets deadlines in accordance with the

4    Court's standard pretrial schedule.

5          DATED this 26th day of November, 2025.

6

7

8    JOHN H. CHUN
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24