UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIGIT BERTHOUD PROKIS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; BEEHIVE TRUCKING CO. LLC, a foreign company; US FREIGHT DELIVERY, LLC, a foreign company; RAUAN DUISEBAYEV and JANE DOE DUISEBAYEV, individually and the marital community composed thereof,<br><br>Defendants. | NO. 2:24-cv-00617-JHC<br><br>**ORDER** |

This matter comes before the Court on Plaintiff's Motion for Partial Summary Judgment Re: Fault and Superseding Cause Defense.  Dkt. # 26.  The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.  Being fully advised, based on Federal Rule of Civil Procedure 56(d), the Court DENIES the motion without prejudice.  The Court GRANTS Plaintiff leave to file a motion seeking the same relief on or before the dispositive motion deadline of July 6, 2026.  *See* Dkt. # 34.

//

ORDER - 1

DATED this 27th day of February, 2026.

John H. Chun
United States District Judge

ORDER - 2